UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| Flores, Andres | § | Case No. 11-48300 |
| Flores, Maria E. | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKR. CT
    219 S. DEARBORN STREET
    7TH FLOOR
    CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/13/2012 in Courtroom 680,
    United States Courthouse
    219 S. Dearborn Street
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2012                By: /s/ Andrew J. Maxwell
                                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
Flores, Andres  §  Case No. 11-48300
Flores, Maria E.  §
        §
        Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,359.15 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,359.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,285.92 | $ 0.00 | $ 1,285.92 |
| Trustee Expenses: ANDREW J. MAXWELL, TRUSTEE | $ 8.80 | $ 0.00 | $ 8.80 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,294.72 |
| Remaining Balance | | $ | 4,064.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 120,194.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | $ 3,405.79 | $ 0.00 | $ 115.17 |
| 000002 | American Express Bank, FSB | $ 1,220.79 | $ 0.00 | $ 41.28 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 762.82 | $ 0.00 | $ 25.80 |
| 000004 | J and J Sports Productions, Inc. | $ 112,200.00 | $ 0.00 | $ 3,794.08 |
| 000005 | GE Capital Retail Bank | $ 2,605.48 | $ 0.00 | $ 88.10 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,064.43 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 11-48300-JPC
Andres Flores                                                            Chapter 7
Maria E. Flores
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox                  Page 1 of 3              Date Rcvd: Aug 23, 2012
                              Form ID: pdf006             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2012.
```
db/jdb       +Andres Flores,    Maria E. Flores,    6621 North Clark,    Chicago, IL 60626-5972
18117958     +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
18945391      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18117959     +American Heartland Bank & Trust,    799 Heartland Drive,    P.O. Box 350,
               Sugar Grove, IL 60554-0350
18854717     +Atlas Acquisitions LLC  (HSBC Bank Nevada Natio),    Menards,    294 Union St.,
               Hackensack, NJ 07601-4303
18117960     +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
18117962     +Chase Bank USA,    c/o Michael D. Fine,    131 S. Dearborn, 5th Floor,    Chicago, IL 60603-5571
18117963      Chase Home Finance,    c/o NARS,    P.O. Box 701,    Chesterfield, MO 63006-0701
18117964     +Citibank - Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
18117965     +FFCC - Columbus Inc.,    P.O. Box 20790,    Columbus, OH 43220-0790
19069252      GE Capital Retail Bank,    c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,
               Miami FL 33131-1605
18117966     +Gordon Tech High School,    3633 N. California,    Chicago, IL 60618-4698
18117967     +J and J Sports Productions, Inc.,    c/o Law Offices of Thomas P. Riley,    First Library Square,
               1114 Fremont Avenue,    South Pasadena, CA 91030-3227
18117968     +Lender Business Process Services,    14523 SW Milikan Way, Suite 200,    Beaverton, OR 97005-2352
18117971     +Midland Funding,    c/o Blatt Hasenmiller Liebskur & Moore,    125 S. Wacker Drive, #400,
               Chicago, IL 60606-4440
18117974     +Swedish Emergency Assoc.,    P.O. Box 366,    Hinsdale, IL 60522-0366
18117975     +West Asset Management,    2703 N. Highway 75,    Sherman, TX 75090-2567
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18291409     +E-mail/Text: bnc@atlasacq.com Aug 24 2012 02:37:52     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
18117961     +E-mail/Text: cms-bk@cms-collect.com Aug 24 2012 02:38:38     Chase Bank USA,
               c/o Capital Management Services,    726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
18277137      E-mail/Text: ECF@SHERMETA.COM Aug 24 2012 02:50:54     JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
18117970     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 24 2012 02:31:16     LVNV Funding,
               P.O. Box 740281,    Houston, TX 77274-0281
18117972     +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 24 2012 02:51:48     NCO FInance,
               P.O. Box 15391,    Wilmington, DE 19850-5391
18997075     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 24 2012 02:31:16
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
18117973     +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2012 03:42:28     Sams Club,    P.O. Box 981064,
               El Paso, TX 79998-1064
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18117969     ##+Lincoln Mortgage & Funding,    520 N. Cass Avenue, Suite 200,    Westmont, IL 60559-1595
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: acox              Page 2 of 3            Date Rcvd: Aug 23, 2012
                              Form ID: pdf006         Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2012**                  **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: acox              Page 3 of 3              Date Rcvd: Aug 23, 2012
                              Form ID: pdf006         Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2012 at the address(es) listed below:

        Andrew J Maxwell    maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Samuel Z Goldfarb    on behalf of Debtor Andres Flores borovsky_ehrlich@yahoo.com

        TOTAL: 3