UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
Flores, Andres § Case No. 11-48300
Flores, Maria E. §
§
_____Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                      Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                      Claims Discharged
                                                        Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| ANDREW J. MAXWELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank P.O. Box 15298 Wilmington, DE 19850 Northstar Location Services 4285 Genesee Street Cheektowaga, NY 14225-1943 | | | | | |
| | Chase Bank USA c/o Capital Management Services 726 Exchange Street, Suite 700 Buffalo, NY 14210 | | | | | |
| | Chase Bank USA c/o Michael D. Fine 131 S. Dearborn, 5th Floor Chicago, IL 60603 | | | | | |
| | Chase Bank USA c/o Michael D. Fine 131 S. Dearborn, 5th Floor Chicago, IL 60603 | | | | | |
| | Chase Home Finance c/o NARS P.O. Box 701 Chesterfield, MO 63006-0701 | | | | | |
| | FFCC - Columbus Inc. P.O. Box 20790 Columbus, OH 20790 | | | | | |
| | Gordon Tech High School 3633 N. California Chicago, IL 60618-4602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lender Business Process Services 14523 SW Milikan Way, Suite 200 Beaverton, OR 97005 | | | | | |
| | Lincoln Mortgage & Funding 520 N. Cass Avenue, Suite 200 Westmont, IL 60559 | | | | | |
| | Midland Funding c/o Blatt Hasenmiller Liebskur & Moore 125 S. Wacker Drive, #400 Chicago, IL 60606 | | | | | |
| | NCO FInance P.O. Box 15391 Wilmington, DE 19850 | | | | | |
| | Swedish Emergency Assoc. P.O. Box 366 Hinsdale, IL 60522 | | | | | |
| | West Asset Management 2703 N. Highway 75 Sherman, TX 75092 | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (HSBC BANK N | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | GE CAPITAL RETAIL BANK | | | | | |
| 000004 | J AND J SPORTS PRODUCTIONS, INC. | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-48300 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | Flores, Andres | | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | Flores, Maria E. | | | | 341(a) Meeting Date: | 01/04/12 |
| For Period Ending: | 07/31/12 | | | | Claims Bar Date: | 07/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Mixed Use Residential and Commercial Building at 6 | 280,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Ten Dollars | 10.00 | 0.00 | | 0.00 | 0.00 |
| 3. Ten Dollars | 10.00 | 0.00 | | 0.00 | 0.00 |
| 4. Business Checking Account at Chase | 49.00 | 0.00 | | 0.00 | 0.00 |
| 5. Checking account at Bank of America | 1,282.00 | 0.00 | | 0.00 | 0.00 |
| 6. Savings Account at Bank of America | 35.00 | 0.00 | | 0.00 | 0.00 |
| 7. Used Household Furniture and Furnishings | 500.00 | 200.00 | | 0.00 | 200.00 |
| 8. Used Clothing | 200.00 | 0.00 | | 0.00 | 0.00 |
| 9. Used Clothing - Wife | 200.00 | 0.00 | | 0.00 | 0.00 |
| 10. Sole Proprietorship - Chiki's Pizza; Miscellaneous | 1,820.00 | 0.00 | | 0.00 | 0.00 |
| 11. Possible 2011 tax refund | 14,000.00 | 7,700.00 | | 5,359.08 | 2,340.92 |
| 12. 1992 Toyota Corolla - 240,000 miles | 300.00 | 300.00 | | 0.00 | 300.00 |
| 13. 1999 Plymouth Voyager - 160,000 miles | 400.00 | 0.00 | | 0.00 | 0.00 |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.02 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $298,806.00    $8,200.00    $5,359.10    $2,840.92

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-48300 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | Flores, Andres | | Bank Name: | ASSOCIATED BANK |
| | Flores, Maria E. | | Account Number / CD #: | *******7860 Checking Account |
| Taxpayer ID No: | *******1603 | | | |
| For Period Ending: | 10/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,359.15 | | 5,359.15 |
| 09/14/12 | 010001 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) Menards 294 Union St. Hackensack, NJ 07601 | IN FULL AND FINAL DISTRIBUTION | 7100-000 | | 115.18 | 5,243.97 |
| 09/14/12 | 010002 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | IN FULL AND FINAL DISTRIBUTION | 7100-000 | | 41.29 | 5,202.68 |
| 09/14/12 | 010003 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | IN FULL AND FINAL DISTRIBUTION | 7100-000 | | 25.80 | 5,176.88 |
| 09/14/12 | 010004 | J and J Sports Productions, Inc. c/o Law Offices of Thomas P. Riley First Library Square 1114 Fremont Avenue South Pasadena, CA 91020-3227 | IN FULL AND FINAL DISTRIBUTION | 7100-000 | | 3,794.05 | 1,382.83 |
| 09/14/12 | 010005 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | IN FULL AND FINAL DISTRIBUTION | 7100-000 | | 88.12 | 1,294.71 |
| 09/14/12 | 010006 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE IN FULL AND FINAL DISTRIBUTION | | | 1,294.71 | 0.00 |
| | | | Fees 1,285.91 | 2100-000 | | | |
| | | | Expenses 8.80 | 2200-000 | | | |
| | | | | Page Subtotals | 5,359.15 | 5,359.15 | |

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-48300 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | Flores, Andres | Bank Name: | ASSOCIATED BANK |
| | Flores, Maria E. | Account Number / CD #: | *******7860 Checking Account |
| Taxpayer ID No: | *******1603 | | |
| For Period Ending: | 10/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,359.15 | 5,359.15 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,359.15 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,359.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,359.15 | |

Page Subtotals  0.00  0.00

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-48300 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Flores, Andres | | Bank Name: | Bank of America, N.A. |
| | Flores, Maria E. | | Account Number / CD #: | *******5402 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1603 | | | |
| For Period Ending: | 10/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/12 | | Andres Flores | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 5,359.08 | | 5,359.08 |
| 06/29/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 5,359.10 |
| 07/31/12 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,359.15 |
| 07/31/12 | | Transfer to Acct #*******5509 | Final Posting Transfer | 9999-000 | | 5,359.15 | 0.00 |
| | | | COLUMN TOTALS | | 5,359.15 | 5,359.15 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,359.15 | |
| | | | Subtotal | | 5,359.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,359.15 | 0.00 | |

| | | | Page Subtotals | | 5,359.15 | 5,359.15 | |

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-48300 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | Flores, Andres | Bank Name: | Bank of America, N.A. |
|  | Flores, Maria E. | Account Number / CD #: | *******5509  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1603 |  |  |
| For Period Ending: | 10/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/31/12 |  | Transfer from Acct #*******5402 | Transfer In From MMA Account | 9999-000 | 5,359.15 |  | 5,359.15 |
| 08/30/12 |  | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 |  | 5,359.15 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,359.15 | 5,359.15 | 0.00 |
| Less:  Bank Transfers/CD's | 5,359.15 | 5,359.15 |
| Subtotal | 0.00 | 0.00 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 0.00 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7860 | 0.00 | 5,359.15 | 0.00 |
| Money Market - Interest Bearing - ********5402 | 5,359.15 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5509 | 0.00 | 0.00 | 0.00 |
|  | 5,359.15 | 5,359.15 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      5,359.15      5,359.15

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)